UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>　　　　　Defendant. | )<br>)<br>)　Case No. 16-CR-20810-04<br>)<br>)<br>)　Honorable Nancy G. Edmunds<br>)<br>)<br>)<br>) |

**FORTY-SEVENTH STATUS REPORT OF THE SPECIAL MASTER**

　　　1.　　Eric D. Green, the court-appointed Special Master for the custody, administration, and distribution of the Takata Airbag Restitution Funds, hereby respectfully submits his Forty-Seventh Status Report pursuant to paragraph 4 of this Court's Appointment Order (the "Status Report").[1] The Status Report provides an overview of the Special Master's work from May 23, 2025 through July 25, 2025 (the "Reporting Period") and anticipated future efforts. The Special Master is presently on schedule regarding the processing of Claims and distribution of the restitution funds available to eligible Claimants who have filed Claims with the Individual Restitution Fund (the "IRF").

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Forty-Sixth Status Report of the Special Master*, dated May 30, 2025 [Docket No. 223].

I.  **ACTIVITIES IN THE REPORTING PERIOD.**

   A.  **APPROVAL OF THIRTY-SECOND IRF DISTRIBUTION REQUEST.**

   1.  On May 30, 2025, the Special Master filed the *Special Master's Request for Approval of Thirty-Second Distribution of Individual Restitution Fund* [Docket No. 222] (the "Thirty-Second IRF Distribution Request"), seeking Court-approval for: (i) a thirty-second distribution from the IRF to compensate nine (9) eligible Claims, and denial of one (1) ineligible Claim.

   2.  Consistent with the procedures set forth in the Minutes of July 25, 2019 Conference with Special Master (the "July 2019 Minutes Order") [Docket No. 110], the Special Master notified the affected Claimants: (i) of their point award and the monetary value of the award (if any); (ii) of the filing of the Thirty-Second IRF Distribution Request; and (iii) that such Claimants may object to the Thirty-Second IRF Distribution Request by submitting a written response to the Special Master on or before June 24, 2025 (the "Objection Deadline").

   3.  As the Court is aware, there are two conditions that must be met for Claimants with compensable Claims to receive payment from the IRF. First, all Claimants must execute and submit to the Special Master the Court-approved release agreement (a "Release"). Additionally, if any Claimant was represented by counsel, such counsel must execute and submit to the Special Master a fee rider (a "Fee

Rider") acknowledging and agreeing to abide by the restriction on attorney's fees set forth in the IRF Methodology Order. [Docket No. 78, Page ID 2219].

4. On July 9, 2025, the Court entered an order granting the Special Master's Request. *See Order Granting Special Master's Request For Approval Of Thirty-Second Distribution Of Individual Restitution Fund* [Docket No. 224]. Accordingly, the Special Master will begin processing and making these payments, subject to the Modified Points Schedule and 2024 Point Value, on a rolling basis following receipt of the necessary documentation.

5. Since the Thirty-Second Distribution Request, the Special Master has administered, reviewed, analyzed, and evaluated eight (8) additional Claims. As outlined in the Special Master's Thirty-Third Claim Approval Request filed contemporaneously herewith, the Special Master recommends disallowing two (2) of those claims as ineligible and allow six (6) of those claims for a combined amount of 4,850 points, amounting to a total distribution of $1,105,300.00.

## II. GOING FORWARD EFFORTS.

### A. CLAIM EVALUATION AND PROCESSING EFFORTS.

6. The Special Master and his team continue to receive claims for compensation from the IRF and TATCTF (in his capacity as Trustee of that Trust) and will continue the process of reviewing, evaluating, and distributing funds on account of claims. The Special Master and his team will also continue to evaluate

3

the claims data and recall completion rate data in connection with any future point-value evaluations. The Special Master and his claims evaluation team remain committed to completing its initial evaluation of Claims within thirty (30) days of the Special Master's receipt thereof.

## CONCLUSION

7. The Special Master will continue to perform his responsibilities and duties consistent with the Appointment Order and all other directives of this Court.

Dated: August 4, 2025

Respectfully submitted,

Eric D. Green, Special Master